```
QUIN DENVIR, Bar #49374
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
OSCAR RUIZ-VARGAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S.05-0156 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| OSCAR RUIZ-VARGAS, | ) | DATE: June 28, 2005 |
| | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, OSCAR RUIZ-VARGAS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the trial confirmation hearing set for May 31, 2005 and the jury trial set for June 15, 2005 be vacated and a status conference be set for June 28, 2005 at 8:30 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

/ / /

/ / /

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for Tuesday, June 28,
3 2005 at 8:30 a.m., pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
4 [reasonable time to prepare] (Local Code T4).
5 DATED: May 25, 2005

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /S/   DENNIS S. WAKS
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    OSCAR RUIZ-VARGAS


DATED: May 25, 2005

                                    McGREGOR SCOTT
                                    United States Attorney


                                    /S/ DENNIS S. WAKS for Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney



IT IS SO ORDERED

DATED: May 31, 2005


                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE